# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2018

## NO. 03-18-00568-CR

**Damon Keith Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment of conviction entered by the trial court. Damon Keith Taylor has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Damon Keith Taylor to withdraw his notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.